IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-02438-MSK-OES

CHERYL R. RICHARDSON,

    Plaintiff,

v.

SAFEWAY, INC.,

    Defendant.

---

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

Krieger, Judge

    Plaintiff has submitted a Petition for Rehearing on Case Under Rule 60(B),(2),(3) being treated as a Notice of Appeal pursuant to the U.S. Court of Appeals instructions. Plaintiff previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action. The court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the court finds that this appeal is not taken in good faith because plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

    ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

    Dated this 11th day of May 2006.

                                                     **BY THE COURT:**

                                                     Marcia S. Krieger

United States District Judge